JANUARY 20, 1998

No. D–1870. IN RE DISBARMENT OF ALLEN. Juliette Z. Allen, of Tustin, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that her name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on November 10, 1997 [*ante*, p. 964], is discharged.

No. D–1905. IN RE DISBARMENT OF FIDDES. William Torrance Fiddes, Jr., of Houston Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1906. IN RE DISBARMENT OF NEELY. George Robert Neely, of Houston, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1907. IN RE DISBARMENT OF ROME. David H. Rome, of Longmeadow, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–27. WESTERN MOHEGAN TRIBE AND NATION OF NEW YORK *v.* UNITED STATES ET AL. Motion for reconsideration of order denying leave to invoke the Court's original jurisdiction [*ante*, p. 993] denied.

No. M–35. GERWIG *v.* DEPARTMENT OF EDUCATION; and

No. M–36. SHERMAN *v.* SHERMAN ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.